# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL



**PRIORITY SEND**

| | |
|---|---|
| Case No. CV 04-4375-DSF(CTx) | Date August 10, 2004 |

Title   SPACE EXPLORATION TECHNOLOGIES CORPORATION v. NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, et al.

---

Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Paul Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST, SECOND, FIFTH, SIXTH AND EIGHTH CAUSES OF ACTION PURSUANT TO FRCP 12(b)(6) AND TO STRIKE PURSUANT TO FRCP 12(f) (filed 7/9/04)

On 8/2/04, in response to the above-referenced motion, Plaintiff filed a Notice of Filing a First Amended Complaint ("FAC"), indicating that the FAC would be filed by August , 2004. The Court, on its own motion, takes the above-referenced proceedings off the hearing calendar for Monday, August 16th, 2004 at 1:30 p.m. If the Court does not receive the FAC by August 16, 2004, the Court will rule on Defendant's motion.



DOCKETED ON CM
AUG 11 2004
BY          072

Initials of Deputy Clerk