QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 Fred G. Bennett (Bar No. 059135)
 David W. Quinto (Bar No. 106232)
 Robert J. Becher (Bar No. 193431)
 Vincent M. Pollmeier (Bar No. 210684)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Attorneys for Defendants
Northrop Grumman Space & Mission Systems Corp. and
Northrop Grumman Corporation

FILED
CLERK, U.S DISTRICT COURT
AUG 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP., an Ohio corporation, NORTHROP GRUMMAN CORPORATION, a Delaware corporation, and Does 1-10,<br><br>                Defendants. | CASE NO. CV04-4375 DSF (CTx)<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. AND NORTHROP GRUMMAN CORPORATION TO RESPOND TO SPACE EXPLORATION TECHNOLOGIES CORPORATION'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER<br><br>Judge:   Hon. Dale S. Fischer |

DOCKETED ON CM
AUG 2 4 2004
BY               072

15

06259/601211.1

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and
2  between the below mentioned parties through their respective counsel, that
3  Defendants Northrop Grumman Space & Mission Systems Corp. and Northrop
4  Grumman Corporation (collectively "Northrop") may have to, and including,
5  September 3, 2004 to file a Motion to Dismiss or Strike all or any portion of
6  Plaintiff Space Exploration Technologies Corporation's First Amended Complaint;
7  and, if no such Motion to Dismiss or Strike is filed, that Northrop will have to, and
8  including, September 10, 2004 to file an Answer to Plaintiff Space Exploration
9  Technologies Corporation's First Amended Complaint.

## Brief Statement

12  On June 17, 2004, Space Exploration Technologies Corporation
13  ("Plaintiff") filed its Complaint. Northrop filed and served a Motion to Dismiss
14  Plaintiff Space Exploration Technologies Corporation's First, Second, Fifth, Sixth
15  and Eighth Causes of Action Pursuant to Fed. R. Civ. Proc. 12(b)(6) and to Strike
16  Pursuant to Fed R. Civ. Proc. 12(f). The hearing on Northrop's motion was
17  scheduled for August 16, 2004. On August 16, 2004, Plaintiff filed and served a
18  First Amended Complaint on Northrop. The parties have met and conferred and
19  agreed, given the voluminous nature of Plaintiff's First Amended Complaint, to
20  stipulate to give Northrop additional time to respond to the First Amended
21  Complaint. The parties agree that good cause exists for this extension.

06259/601211.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

No trial date has been set in this matter, nor has any discovery cut-off date been set. The parties have not previously requested any extension to these deadlines.

FOR PLAINTIFFS SPACE EXPLORATION TECHNOLOGIES CORPORATION:

Dated: August 19, 2004

David A. Schwarz (JS)
Irell & Manella
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199

FOR DEFENDANTS NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. and NORTHROP GRUMMAN CORPORATION,:

Dated: August 20, 2004

Robert J. Becher
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
Tel: (213) 624-7707
Fax: (213) 624-0643

IT IS HEREBY ORDERED THAT:

1) Defendants Northrop Grumman Space & Mission Systems Corp. and Northrop Grumman Corporation shall have until and including September 3, 2004 to file a Motion to Dismiss or Strike all or any portion of Plaintiff Space Exploration Technologies Corporation's First Amended Complaint; and

2) If Defendants Northrop Grumman Space & Mission Systems Corp. and Northrop Grumman Corporation do not file a Motion to Dismiss or Strike all or any portion of Plaintiff Space Exploration Technologies Corporation's First Amended Complaint by September 3, 2004, Defendants will have until September 10, 2004 to file an Answer to Plaintiff Space Exploration Technologies Corporation's First Amended Complaint.

Dated: 8·23 04

_____
Hon. Dale S. Fischer

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is that of QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 865 South Figueroa Street, Tenth Floor, Los Angeles, California 90017.

      On August 23, 2004, I served the within document described as: **STIPULATION TO EXTEND TIME FOR DEFENDANTS NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. AND NORTHROP GRUMMAN CORPORATION TO RESPOND TO SPACE EXPLORATION TECHNOLOGIES CORPORATION'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

__X__   BY MAIL
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 23, 2004, at Los Angeles, California.

__X__   FEDERAL
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    P.J. Benet-Davis
    Type or Print Name              Signature

# SERVICE LIST

**SPACE EXPLORATION TECHNOLOGIES CORPORATION,
a Delaware corporation,**

v.

**NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.,
an Ohio corporation;
NORTHROP GRUMMAN CORPORATION,
a Delaware corporation; and
DOES 1 - 10**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. CV 04-4375-DSF (CTx)

Our File No. 6259

| | |
|---|---|
| David A. Schwarz, Esquire<br>Wendy Marantz Levine, Esquire<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: 310.277.1010<br>Facsimile: 310.203.7199 | Attorneys for<br>**SPACE EXPLORATION<br>TECHNOLOGIES CORP.** |