# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**



SCAN ONLY

| | |
|---|---|
| Case No.    CV 04-4375-DSF(CTx) | Date   ·September 27, 2004 |

Title    SPACE EXPLORATION TECHNOLOGIES CORPORATION v. NORTHROP
GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, et al.

Present: The Honorable    DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| PAUL PIERSON | JOHN TURMAN |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| DAVID SCHWARTZ<br>BRIAN LEDAHL | ROBERT BECHER |

**Proceedings:**    HEARING RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AND SEVENTH CAUSES OF ACTION PURSUANT TO FRCP
12(b)(6) AND TO STRIKE PURSUANT TO FRCP 12(f); (filed 9/3/04)

The case is called and counsel state their appearances. The Court advises counsel of its tentative ruling; invites counsel to present their oral arguments; denies the above-referenced motion; and informs counsel that a written order will follow.



DOCKETED ON CM

SEP 2 9 2004

BY _____ 004



19

---