```
Priority  ✓
Send      ─
Enter     ─
Closed    ─
JS-5/JS-6 ─
JS-2/JS-3 ─
Scan Only ─
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
CIVIL MINUTES--GENERAL

**Case No.:** CV 04-4375-DSF(CTx)        **Date:** January 13, 2005

**Title:** <u>SPACE EXPLORATION TECHNOLOGIES CORP. v. NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP., ET AL.</u>

==========================================================
**DOCKET ENTRY:**
==========================================================
**PRESENT:**       Hon. CAROLYN TURCHIN, MAGISTRATE JUDGE

   Deborah Malone                             
   Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                           None present

**PROCEEDINGS:** (IN CHAMBERS)

The magistrate judge is in receipt of plaintiff Space Exploration Technologies Corporation's ("Space X") motion to compel discovery, which was filed under seal pursuant to a protective order on January 10, 2005. The magistrate judge hereby ORDERS that the motion be re-sealed; rejected for filing; stricken from the record; and, returned to filing counsel at the following address:

   David A. Schwarz
   Irell & Manella
   1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276

The parties seek to file under seal material arguably protected as well as material that should be a matter of public record. Paragraph 5 of the protective order signed by the district judge on August 23, 2004 allows the parties to file under seal "[a]ny document containing Confidential Material ..."

However, after reviewing paragraph 5 of the protective order and conferring with the district judge, the court directs that, in view of the law of this Circuit, the parties should apply to file under seal only those portions of the joint stipulation and related documents that contain Confidential Material. The parties' application must be supported by good cause for each document or portion of document that the parties seek to file under seal. See <u>Foltz v. State Farm Mutual Automobile Ins. Co.</u>, 331 F.3d 1122, 1130 (9th Cir. 2003) (holding in the context of a post-judgment motion to unseal court records that "[a] party asserting good cause bears the burden, *for each particular document* it seeks to protect, of showing that specific prejudice or harm will result if no protective order is granted") (citations omitted) (emphasis added).

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: JAN 13 2005
DEPUTY CLERK

DOCKETED ON CM
JAN 14 2005
BY _____ 055



cc: Judge Fischer

David Schwarz
Laura A. Seigle
Brian Ledahl
Irell & Manella
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4267

Fred G. Bennett
Robert J. Becher
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**MINUTES FORM 11**              Initials of Deputy Clerk_____
**CIVIL-GEN**