IRELL & MANELLA LLP
DAVID A. SCHWARZ (SBN 159376)
LAURA A. SEIGLE (SBN 171358)
BRIAN D. LEDAHL (SBN 186579)
WENDY MARANTZ LEVINE (SBN 205288)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

QUINN EMANUEL URQUHART OLIVER & HEDGES
FRED G. BENNETT (SBN 059135)
ROBERT J. BECHER (SBN 193431)
VINCENT M. POLLMEIER (210684)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
NORTHROP GRUMMAN SPACE &
MISSION SYSTEMS CORP. and
NORTHROP GRUMMAN
CORPORATION

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S DISTRICT COURT
FEB - 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP., an Ohio corporation, NORTHROP GRUMMAN CORPORATION, a Delaware corporation, and Does 1-10,<br><br>Defendants. | Case No. CV-04-4375 DSF (CTx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: June 17, 2004 |

DOCKETED ON CM
FEB - 4 2005
BY         004

ORIGINAL

1245702                    STIPULATION OF DISMISSAL WITH PREJUDICE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1  WHEREAS the parties to this action, Space Exploration Technologies Corp. ("Plaintiff") and Northrop Grumman Space & Mission Systems Corp. and Northrop Grumman Corporation (collectively "Defendants"), have entered into a settlement agreement to settle Plaintiff's claims against Defendants on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that this action shall be dismissed in its entirety with prejudice, each party to bear its own costs and expenses, including attorneys' fees.

Dated: 2 FEBRUARY 2005

IRELL & MANELLA LLP
DAVID A. SCHWARZ
LAURA A. SEIGLE
BRIAN D. LEDAHL
WENDY MARANTZ LEVINE

By: /s/ David A. Schwarz
DAVID A. SCHWARZ
Attorneys for Plaintiff
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

Dated: 2/2/05

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
FRED G. BENNETT
ROBERT J. BECHER
VINCENT M. POLLMEIER

By: /s/ Robert J. Becher
ROBERT J. BECHER
Attorneys for Defendants
NORTHROP GRUMMAN SPACE &
MSSION SYSTEMS CORP. and
NORTHROP GRUMMAN
CORPORATION

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1245702

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On February 2, 2005, I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJUDICE** on each interested party, as follows:

> Robert J. Becher, Esq..
> Quinn Emanuel Urquhart Oliver & Hedges LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2535
>
> Facsimile No.: (213) 624-0643

[X] (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

[X] (BY FAX) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown above.

Executed on February 2, 2005, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____
Debi Del Grande
(Type or print name)                                                       (Signature)

1204442